```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 07 B 07532
   SARAH A JOHNS
                                                 CHAPTER 13

                                                 JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-2651


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 04/26/2007 and was not confirmed.

      The case was dismissed without confirmation 07/25/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
AMC MORTGAGE SERVICES    CURRENT MORTG           .00           .00             .00
AMC MORTGAGE SERVICES    MORTGAGE ARRE           .00           .00             .00
COOK COUNTY TREASURER    SECURED              527.63           .00             .00
DEUTSCHE BANK            NOTICE ONLY    NOT FILED              .00             .00
COMMONWEALTH EDISON      UNSEC W/INTER  NOT FILED              .00             .00
NICOR GAS                UNSEC W/INTER  NOT FILED              .00             .00
AT & T BANKRUPCTY        UNSEC W/INTER  NOT FILED              .00             .00
DENNIS G KNIPP           DEBTOR ATTY        2,500.00                           .00
TOM VAUGHN               TRUSTEE                                               .00
DEBTOR REFUND            REFUND                                                .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                       ---------------       ---------------
TOTALS                        .00                     .00




                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 07532 SARAH A JOHNS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 10/22/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |